

**ORDERED in the Southern District of Florida on September 5, 2014.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Case No.:   13-16943-BKC-EPK
Chapter 11 Proceeding

**SMITH, PAMELA ELIZABETH,**

Debtors.

_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON REAL PROPERTY (DE#127)
HELD BY WELLS FARGO BANK, NA**

THIS CASE came to be heard on <u>July 10, 2014</u>, on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property Held by Wells Fargo* (DE#127) (the "Motion"). Based upon the debtor's assertions made in support of the Motion, considering the objection filed by Wells Fargo Bank, NA, having considered the record in this case, having noted that the parties have agreed to the entry of this Order, and being duly advised in the premises, the Court FINDS as follows:

LF-92 (rev. 01/08/10)

A. The value of the debtor's real property (the "Real Property") located at 9854 East Verona Circle, Vero Beach, FL 32966, and more particularly described as:

**LOT(S) 101, OF VERONA TRACE & VILLAS AT VERONA TRACE**
**AS RECORDED IN PLAT BOOK 20, PAGE 69, ET SEQ., OF THE**
**PUBLIC RECORDS OF INDIAN RIVER COUNTY, FLORIDA**

is $114,000.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender will be granted two (2) separate secured claims against the Real Property. One secured claim in the amount of $92,000.00 ("First Secured Claim"), to be paid through the Plan at 5.25% interest, and a second secured claim in the amount of $22,000.00 ("Second Secured Claim") to be paid through the Plan with no interest. The total secured claim of the Lender equals $114,000.00. Lender will be allowed a general unsecured claim in the amount of $54,122.00, as to the Real Property as well. This is without prejudice to the Lender's secured interest in the remaining collateral securing such debt, regardless of the original classification in the proofs of claim as filed.

3. As stated above, the Lender's First Secured Claim shall be paid through the Chapter 11 Plan of Reorganization at 5.25% interest, with the Second Secured Claim receiving no interest. The remaining terms of the original loan shall remain in full force and effect.

4. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

###

**Submitted by:**
**Brett A. Elam**
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401

**Copies to:**
Brett A. Elam, Esq., 105 S. Narcissus Avenue, Suite 802, West Palm Beach, FL 33401

*The Debtor (or Debtor's attorney) is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.

LF-92 (rev. 01/08/10)