

**ORDERED in the Southern District of Florida on February 1, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                 Case No.13-16943-EPK

PAMELA ELIZABETH SMITH,                                Chapter 11

          Debtor.
_____/

**ORDER LIFTING THE AUTOMATIC STAY IN FAVOR OF PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT**
**(Re: 124 Harding Ave, Cocoa Beach, Florida 32931)**

      **THIS CASE** came before the Court on the *Motion for Relief from the Automatic Stay* [D.E. #217] filed pursuant to Local Rule 4001-1(C) by PennyMac Holdings, LLC, by PennyMac Loan Services, LLC, its Servicing Agent ("Secured Creditor"), and there being no objections to the entry of this Order within the 14-day negative notice period set forth therein, and the Court being otherwise more fully advised in the premises, it is:

      **ORDERED:**

      1.     Secured Creditor's *Motion for Relief from the Automatic Stay* is granted.

      2.     The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **124 Harding Ave, Cocoa Beach, Florida 32931**, legally described as:

**LOT 13 & THE EAST 1/2 OF LOT 12, BLOCK 99, AON BY THE SEA, ACCORDING TO THE PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA, AS RECORDED IN PLAT BOOK 3, PAGE 7.**

3.  This Order Lifting the Automatic Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful in rem remedies as to the subject property and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor.

4.  All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor.

###

**Order submitted by:**
Wanda D. Murray
Aldridge | Pite LLP (formerly known as
Aldridge Connors, LLP)
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305

**Wanda D. Murray is directed to serve copies of this order on the parties listed and file a certificate of service.**

**DEBTOR ATTORNEY**
**(via electronic notice)**

Brad Culverhouse
bradculverhouselaw@gmail.com


Brett A Elam, Esq.
belam@brettelamlaw.com

**DEBTOR**

Pamela Elizabeth Smith
3235 SE River Vista Drive
Port Saint Lucie, FL 34952

**UNITED STATES TRUSTEE**
**(via electronic notice)**

Department of Justice
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

**UNSECURED CREDITOR LIST**

30 Second Smile
PO Box 9169
Van Nuys, CA 91409

A Plus Pool Maintenance and Repairs
1002 Charlotta St
Attn Gary Cole
Fort Pierce, FL 34982

AT&T Mobility
PO Box 6463
Carole Stream, IL 60197-6463

Bank of America
POB ox 982235
El Paso, TX 79998-2235

Chase
PO Box 24696
Columbus, OH 43224-0696

Citi Cards/Citi Bank
PO Box 6241
Sioux Falls, SD 57117

Crystal Clear Pool Service
858 SE Quiescent Lane
Port Saint Lucie, FL 34983

Discover Financial Svcs LLC
PO Box 15316
Wilmington, DC 19850

Home Depot CitiBank
PO Box 6497
Sious Falls, SD 57717

HSN
3655 E. Philadelphia St
Ste B104
Ontario, CA 91761

JE Smith Clerk of Court
Saint Lucie County Courthouse
Appeals Division
PO Drawer 700
Fort Pierce, FL 34954

Kenneth Pfeiffer
32 Spring St
Berlin, CT 06037

Margot Ann Brennan
274 McLaren Gates Dr
Marietta, GA 30060

Terminix International
Corporate Headquarters
860 Ridge Lake Blvd, Ste 101
Memphis, TN 38120